Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of parts of electrical dishwashers the same in all material respects as those the subject of Abstract 67196, the claim of the plaintiff was sustained.

No. 68095.—W. H. S. Lloyd Co., Inc., et al. v. United States, protests 62/14923, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of wallpaper sample books similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (46 Cust. Ct. 118, C.D. 2243), the claim of the plaintiffs was sustained.

No. 68096.—W. H. S. Lloyd Co., Inc., et al. v. United States, protests 62/17874, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of wallpaper sample books similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (46 Cust. Ct. 118, C.D. 2243), the claim of the plaintiffs was sustained.

No. 68097.—Brylanwire, Ltd. v. United States, protests 60/27846–11414, etc. (Chicago).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of steel tying wire similar in all material respects to that the subject of *Holdwire, Ltd.* v. *United States* (49 Cust. Ct. 19, C.D. 2355), the claim of the plaintiff was sustained.